UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH COHEN ADAMS and
APHORIA CORPORATION, an Illinois
corporation and Florida based sole proprietorship,

       Plaintiffs,

v.                                                               Case No.  8:07-cv-1089-T-24 TBM

UNITED STATES OF AMERICA,

       Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 4), filed on September 25, 2007.  Plaintiff asserts that due to Defendant's failure to file an answer in a timely manner, Plaintiff is entitled to judgment on all claims asserted in his complaint.

The Court notes that Plaintiff filed his initial complaint on June 22, 2007, and that a summons was issued on June 27, 2007.  However, Plaintiff failed to comply with the service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure.  As such, the Court finds that summary judgment is not warranted at this time.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (Doc. No. 4) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of September, 2007.

Copies to:
Pro Se Plaintiff

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge