UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH COHEN ADAMS and
APHORIA CORPORATION, an Illinois
corporation, and APHORIA, and Florida
based sole proprietorship,

      Plaintiffs,

v.                                                Case No.  8:07-cv-1089-T-24 TBM

UNITED STATES OF AMERICA,

      Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiffs Kenneth Cohen Adams' and Aphoria's Second Motion for Summary Judgment (Doc. No. 6), filed on October 1, 2007.  As an initial matter, the Court finds it necessary to address the issue of representation in the instant case. According to the complaint, Plaintiffs in this case include Kenneth Cohen Adams, Aphoria Corporation, an Illinois corporation, and Aphoria, a Florida based sole proprietorship.  Mr. Adams is proceeding in this matter *pro se* and states in his complaint that he is the sole-shareholder of Aphoria Corporation and the owner of Aphoria.  The Court notes that pursuant to Local Rule 2.03(e), "[a] corporation may appear and be heard only through counsel admitted to practice in the Court."  Mr. Adams is not an attorney admitted to practice in this Court, and as such, cannot represent Aphoria Corporation in this matter.  The Court finds that if no notice of appearance is filed on behalf of Aphoria Corporation by October 31, 2007, Aphoria Corporation's claims will be dismissed without prejudice.

As for the Second Motion for Summary Judgment, Plaintiffs Kenneth Cohen Adams and Aphoria assert that due to Defendant's failure to file an answer in a timely manner, they are

2

entitled to judgment on all claims asserted in the complaint. The Court notes that it already denied without prejudice a previous motion for summary judgment on September 26, 2007 (Doc. No. 5). Plaintiffs point out that in the Court's previous order, the Court erroneously stated that a summons was issued on June 27, 2007, when it was actually issued on June 25, 2007. The Court concedes this typographical error. However, Plaintiffs Kenneth Cohen Adams and Aphoria have still failed to comply with the service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure. As such, the Court finds that summary judgment is not warranted at this time.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Second Motion for Summary Judgment (Doc. No. 6) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of October, 2007.

Copies to:
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge