UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH COHEN ADAMS and
APHORIA CORPORATION, an Illinois
corporation, and APHORIA, and Florida
based sole proprietorship,

      Plaintiffs,

v.                                      Case No.  8:07-cv-1089-T-24 TBM

UNITED STATES OF AMERICA,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on a Motion for Recusal filed by Plaintiffs Kenneth Cohen Adams, Aphoria Corporation, and Aphoria (Doc. No. 8).

On October 11, 2007, the Court entered an Order denying without prejudice Plaintiffs' Second Motion for Summary Judgment for failure to comply with the service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure (Doc. No. 7).  Also in that Order, the Court noted that Aphoria Corporation had been appearing before the Court without representation, in violation of Local Rule 2.03(e).  As such, the Court ordered that if no notice of appearance was filed on behalf of Aphoria Corporation by October 31, 2007, then the Court would dismiss Aphoria Corporation's claims without prejudice.

Plaintiffs characterize the Court's requirement that Aphoria Corporation secure representation by October 31, 2007 as "unconscionable," and state that the Court is "ambiguous" as to which component of Rule 4 of the Federal Rules of Civil Procedure renders Plaintiffs' service of Defendant lacking.  Plaintiffs argue that the Court's October 11, 2007 Order is material evidence that the Court is litigating on behalf of Defendant, and therefore, that a recusal

is necessary. The Court disagrees, and finds that recusal is not warranted in the instant case.

The Court notes that Plaintiff still has not complied with the service requirements of Rule 4(i) of the Federal Rules of Civil Procedure. Additionally, the 120 day time period for service, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, expires on October 22, 2007. The Court finds that if Plaintiffs have not perfected service of Defendant and filed proof of such service by October 31, 2007, this case will be dismissed without prejudice and without further notice. As for Aphoria Corporation's lack of representation, the Court declines to extend the deadline that was set in its previous Order.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Motion for Recusal (Doc. No. 8) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of October, 2007.

Copies to:
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge