UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH COHEN ADAMS and
APHORIA CORPORATION, an Illinois
corporation, and APHORIA, and Florida
based sole proprietorship,

      Plaintiffs,

v.                                            Case No. 8:07-cv-1089-T-24 TBM

UNITED STATES OF AMERICA,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on a Motion for Change of Venue filed by Plaintiffs Kenneth Cohen Adams, Aphoria Corporation, and Aphoria (Doc. No. 10).

      On October 18, 2007, this Court entered an Order denying Plaintiffs' Motion for Recusal (Doc. No. 9). This Order also noted that Plaintiffs still had not perfected service on Defendant and filed proof of such service with this Court, and stated that if Plaintiffs had not perfected service and filed proof of such service by October 31, 2007, nine days *after* the 120 day time period for service expires, the Court would dismiss the case without prejudice and without further notice. On October 25, 2007, Plaintiffs filed the instant motion for change of venue.

      In their motion, Plaintiffs request that the Court enter an order changing the venue of this action to the Southern District of Florida. In support of their motion, Plaintiffs argue that they have complied with the service requirements of Rule 4(i) of the Federal Rules of Civil Procedure. The Court finds that this is not the case. Plaintiffs also argue that the Court erred in calculating the expiration date of the 120 day time period for service. The Court finds that this is also not the case. The Court notes that Plaintiffs' motion for change of venue does not state why

2

this case should be transferred to the Southern District of Florida.  Accordingly, it is ORDERED

AND ADJUDGED that Plaintiffs' Motion for Change of Venue (Doc. No. 10) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of October, 2007.


Copies to:
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge